658 A.2d 295

IN THE MATTER OF JOSEPH P. KERRIGAN,
AN ATTORNEY AT LAW.

May 17, 1995.

## ORDER

**JOSEPH P. KERRIGAN** of **WESTMONT,** who was admitted to the bar of this State in 1994, having pleaded guilty to mail fraud in violation of 18 *U.S.C.A.* 1341, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSEPH P. KERRIGAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **JOSEPH P. KERRIGAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH P. KERRIGAN** comply with *Rule* 1:20–20 dealing with suspended attorneys.